UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARION GLASER

        Plaintiff,

v.

TARGET CORPORATION, and JOHN DOE

        Defendants.

CIVIL ACTION NO. **TBD**

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. § 1446(a), Defendant Target Corporation ("Defendant"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about January 7, 2020, the Plaintiff filed an action, styled and captioned as above and assigned Civil Action No. 2081CV00040, for alleged negligence against Defendant in Middlesex County Superior Court. A copy of the Complaint is attached as **Exhibit A**.

2. The Plaintiff served the Summons and Complaint upon Defendant on or about February 10, 2020. A copy of the Summons is attached as **Exhibit B**.

3. The Summons and Complaint constitute all process, pleadings, and orders served on Defendant to date in this action. See **Exhibits A and B.**

4. Having been filed within 30 days of service of the Summons and Complaint upon Defendant, this Notice of Removal to the United States District Court has been filed in a

timely manner pursuant to the provisions of 28 U.S.C. § 1446(b).  See <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

5. The Defendant will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to the adverse party and clerk of the state court in which this case was initially filed.

6. Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the plaintiff and the known and served Defendant, Target Corporation, and the amount in controversy exceeds $75,000:

   a. Based on the Complaint, the Plaintiff is an individual residing in Sudbury, Middlesex County, Massachusetts.  See **Exhibit A**.

   b. Defendant Target Corporation, is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota.

   c. John Doe, a defendant sued under a fictitious name, is an individual not yet identified and presumed by the Plaintiff to be a Massachusetts resident, but who has not been served.

   d. The Plaintiff's complaint states that the Plaintiff, Marion Glaser suffered serious personal injuries, including an elbow fracture; incurred medical expenses; suffered a loss of earning capacity; and continues to suffer conscious pain and suffering.  A copy of the Plaintiff's Complaint is attached as **Exhibit A.**

   e. In the Civil Action Cover Sheet that the Plaintiff filed with the Massachusetts Superior Court, the Plaintiff states that she sustained a broken elbow, and

1544655v.1

       underwent surgery.  A copy of Plaintiff's Civil Action Cover Sheet is attached as **Exhibit C.**

    f. In the Civil Action Cover Sheet, the Plaintiff claims damages totaling $450,000.  A copy of Plaintiff's Civil Action Cover Sheet is attached as **Exhibit C.**

    g. On or about January 27, 2020 the Plaintiff, through her counsel, communicated a settlement demand of $110,000.00 to Target Corporation's representative.

7. The presence of the John Doe Defendant does not thwart removal of the case to this Court as 28 USC 1441(b), entitled Removal Based on Diversity of Citizenship, provides:

(1) In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, *the citizenship of defendants sued under fictitious names shall be disregarded*. (*Emphasis* added).

(2) A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined *and served* as defendants is a citizen of the State in which such action is brought. (*Emphasis* added).

8. Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in Middlesex County Superior Court.

1544655v.1

WHEREFORE, Defendant requests that the action pending in Middlesex County Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

        Respectfully submitted,

        Target Corporation

        */s/ Sean J. Milano*
        Sean J. Milano, BBO # 551996
        smilano@morrisonmahoney.com
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210-1181
        Phone:   617-4737-8807
        Fax:   617-342-4938

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2020

Thomas E. Flaws, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
175 Federal Street, Suite 1220
Boston, MA 02110

**Counsel for Plaintiff**

        */s/ Sean J. Milano*
        Sean J. Milano

1544655v.1