UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARION GLASER

        Plaintiff,

v.

TARGET CORPORATION

        Defendant.

CIVIL ACTION NO.  1:20-cv-10405

## **STIPULATION OF DISMISSAL**

In accordance with the provisions of Fed. R. Civ. P. 41, the parties to the above-captioned matter hereby stipulate to dismiss, with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims against the defendant in the above action.

Respectfully submitted,
The Plaintiff,
Marion Glaser,

By Her Attorney,

/s/ *Thomas E. Flaws*
*(with permission SJM)*

Thomas E. Flaws, BBO #661179
tflaws@mirickoconnell.com
Mirick, O'Connell, DeMalie & Lougee, LLP
175 Federal Street, Suite 1220
Boston, MA 02110-2210
Phone:  617 391-2166
Fax:      857 254-9147

The Defendant,
Target Corporation,

By Its Attorneys,

/s/ *Sean J. Milano*

Sean J. Milano, BBO #551996
smilano@morrisonmahoney.com
Monika Zarski, BBO #704575
mzarski@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:         617-342-4938

1566201v.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2020.

                                        */s/ Sean J. Milano*
                                        Sean J. Milano

1566201v.1